JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00992-FMO-SKx<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION and Plaintiff, CALIFORNIA SPINE NEUROSURGERY INSTITUTE,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:23-cv-00992-FMO-SKx, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: March 7, 2023            By: _____/s/_____
                                         Hon. Fernando M. Olguin